# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LESLIE A. GLEAVES, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CREIGHTON UNIVERSITY, a Nebraska Non-Profit Corporation;<br><br>Defendant. | **8:17CV308**<br><br>**ORDER** |

This matter comes before the Court on the Unopposed Motion to Extend ([Filing No. 20](Filing No. 20)). After review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED:** The Unopposed Motion to Extend ([Filing No. 20](Filing No. 20)) is granted and the following deadlines are extended:

1. **Motions for Summary Judgment.** Motions for summary judgment shall be filed not later than **November 13, 2018**. *See* NECivR [56.1](56.1) and NECivR [7.1.](7.1)

2. **Deposition Deadline.** All depositions, whether or not they are intended to be used at trial, shall be completed by **October 10, 2018**.

Dated this 12th day of September, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge